# Third District Court of Appeal
## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1942
Lower Tribunal No. 24-9843-SP-23
_____

**Clarence Dean,**
Appellant,

vs.

**Troy Capital, LLC,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Kevin Hellmann, Judge.

Clarence Dean, in proper person.

No appearance, for appellee.

Before SCALES, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

After careful review of the record and initial brief, we conclude that "no preliminary basis for reversal has been demonstrated." Fla. R. App. P. 9.315(a). Accordingly, we summarily affirm the order on review.

Affirmed.